# UNITED STATES DISTRICT COURT
## District of Minnesota

Kadidiatou Diallo,

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv1218 PJS/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody within 48 hours of entry of this Order. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing her.

Date: 2/13/26

KATE M. FOGARTY, CLERK